AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| United States of America | ) | |
| *Respondent* | ) | |
| v. | ) | Case Number 3:02-cr-548-CMC |
| | ) | 3:10-cv-70277-CMC |
| Tanesha Bannister | ) | |
| *Petitioner* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   summary judgment is entered in favor of the respondent, United States of America.  The petitioner, Tanesha Bannister, shall take nothing of her petition filed pursuant to 28 U.S.C. § 2255, and this motion is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, who granted the Respondent's motion for summary judgment.

Date:   March 23, 2011                                          *LARRY W. PROPES, CLERK OF COURT*

                                                                       s/Sara K. Samsa
                                                                *Signature of Clerk or Deputy Clerk*