IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

TANESHA BANNISTER

    Petitioner,

vs.

                                                  Criminal No.: 3:02-0548

UNITED STATES OF AMERICA

    Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Teodoro Tanesha Bannister with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on March 23, 2011.

Done this  12 , day of May 2011

                                                                    _____
                                                                    Tanesha Bannister
                                                                    Reg. # 99774-071
                                                                    FPC Alderson
                                                                    Glen Ray Road Box A
                                                                    Alderson, WV 24910

## CERTIFICATE OF SERVICE

     I HEREBY DO CERTIFY, that a true and correct copy of this motion was mailed to: Jane B. Taylor (#6305), Assistant U.S. Attorney 1441 Main Street, Suite 500, Columbia, SC 29201, with sufficient First Class Postage via the Federal Bureau of Prison's Legal Mail System.

     Done this 12, day of May 2011

     I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 12 day of May 2011 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Tanesha Bannister
Reg. # 99774-071
FPC Alderson
Glen Ray Road Box A
Alderson, WV 24910

Tanosha Bannister
Reg #99774-071
FPC Alderson
Glen Ray Road Box A
Alderson, WV 24910

United States District Court
For The District of South Carolina
901 Richland Street
Columbia, SC 29201

RECEIVED
USDC CLERK, COLUMBIA, SC
2011 MAY 16 P 3:28

ITEM X-RAYED BY [signature] 5/16/11



3:02-cr-00548-CMC    Date Filed 05/16/11    Entry Number 3441-1    Page 2 of 2