AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF SOUTH CAROLINA
## EXHIBIT LIST

**USA**

**v.**

**Tanesha Bannister**　　　　　　　　　　　　　　　　**Case Number: 3:02-548-CMC**

| Presiding Judge **Cameron McGowan Currie** | Plaintiff's Attorney **Stacey Haynes** | Defendant's Attorney **Kathy Evatt** |
|---|---|---|
| Evidentiary Hearing Date **April 12, 2012** | Court Reporter **Jenny Williams** | Courtroom Deputy **Sara Samsa** |

| Gov. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 4/12/2012 | X | X | Mr. Duncan's Client Ledger for Tanesha Bannister's case |
| | 1 | 4/12/2012 | X | X | Sentencing Transcript from 2/3/2004 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |