3:02-cr-548-CMC
USA v. Tanesha Bannister

# **R E C E I P T**

        Receipt is hereby acknowledged of the Exhibits listed below in this case by the Government.

        (See Exhibit List.)

_____
ATTORNEY FOR UNITED STATES

April 12, 2012
Columbia, South Carolina