AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | )  |
|---|---|
| United States of America | ) |
| *Respondent* | ) |
| v. | ) Case Number 3:02-cr-548-CMC |
| | )         3:10-cv-70277-CMC |
| Tanesha Bannister | ) |
| *Petitioner* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:    summary judgment is entered in favor of Respondent, United States of America.  Petitioner, Tanesha Bannister, shall take nothing of her petition filed pursuant to 28 U.S.C. § 2255 , and her motion is denied with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, having granted Respondent's motion for summary judgment.                                          .

Date:   April 17, 2012                                        *LARRY W. PROPES, CLERK OF COURT*

                                                                 s/Sara K. Samsa
                                                             *Signature of Clerk or Deputy Clerk*